1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 JOSHUA ROBERTSON, | ) | CASE NO. CV10-2555-AHM (JEMx) |
| 12              Plaintiff(s), | )<br>) | ORDER DISMISSING CIVIL ACTION<br>BY VIRTUE OF SETTLEMENT |
| 13      v. | ) | |
| 14 IMAGE RECEIVABLES<br>MANAGEMENT, LLC, et al., | )<br>)<br>) | |
| 15              Defendant(s). | )<br>) | |
| 16 _____ | ) | |

17

18    The Court having been advised by the parties that the above-entitled action

19 has been settled;

20    IT IS THEREFORE ORDERED that this action is dismissed without

21 prejudice to the right, upon good cause shown within 30 days, to request a status

22 conference be scheduled if settlement is not consummated.

23

24    IT IS SO ORDERED.

25 Date: September 30, 2010                    _____

26 **JS-6**                                    A. Howard Matz
                                              United States District Court Judge

27
28